AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court

WESTERN DISTRICT OF WASHINGTON

ELIZABETH ANN HARRIS

JUDGMENT IN A CIVIL CASE

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security

CASE NUMBER: C11-5149RBL/KLS

__ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

The Court ADOPTS the Report and Recommendation; and

The court REVERSES and REMANDS for further administrative proceedings.


    August 29, 2011                                 BRUCE RIFKIN
Date                                                          Clerk

                                                           *s/CM Gonzalez*
                                                            Deputy Clerk