United States District Judge Ronald B. Leighton

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ELIZABETH HARRIS, | ) |
| Plaintiff, | ) CIVIL NO. 3:11-cv-05149-RBL-KLS ) |
| vs. | ) ORDER FOR EAJA FEES, COSTS, AND ) EXPENSES |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) ) ) ) |

Based upon the stipulation of the parties, the Equal Access to Justice Act (EAJA), 28 U.S. C. § 2412, and Plaintiff's EAJA petition, it is hereby

ORDERED that EAJA attorney's fees of $3,967.17 and costs in the amount of $0 and expenses in the amount of $22.73, shall be awarded to Plaintiff pursuant to *Astrue v. Ratliff*, 130 U.S. 2521 (2010). If it is determined that Plaintiff's EAJA fees are not subject to any offset allowed under the Department of the Treasury's Offset Program, then the check for EAJA fees shall be made payable to Jon Erik Mueller, based upon Plaintiff's assignment of these amounts to Plaintiff's attorney. Any check for EAJA fees shall be mailed to Plaintiff's counsel, Jon Erik Mueller, at 810 3rd Avenue, Suite 307, Seattle, WA 98104.

DATED this 27th day of October, 2011.

*/s/ Ronald B. Leighton*

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER FOR EAJA FEES, COSTS AND EXPENSES
[3:11-cv-05149-RBL-KLS] - 1

Elie Halpern & Associates, PLLC
810 3rd Avenue, Ste 307
Seattle, WA 98104
(206) 622-1180, Fax: (206)632-7155

1  Presented by

2  S/Jon Erik Mueller
   JON ERIK MUELLER, WSBA #20632
3  Attorney for Plaintiff

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

ORDER FOR EAJA FEES, COSTS AND EXPENSES
[3:11-cv-05149-RBL-KLS] - 2

Elie Halpern & Associates, PLLC
810 3rd Avenue, Ste 307
Seattle, WA 98104
(206) 622-1180, Fax: (206)632-7155